UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONICA STAAR,<br><br>Plaintiff,<br><br>v.<br><br>GOODWILL INDUSTRIES OF SACRAMENTO VALLEY & NORTHERN NEVEDA, INC.,<br><br>Defendant. | No. 2:18-cv-02077 JAM AC PS<br><br><br><br>ORDER |

Plaintiff is proceeding in this action pro se. This matter was accordingly referred to the undersigned by E.D. Cal. 302(c)(21). Plaintiff has requested leave to proceed in forma pauperis ("IFP") pursuant to 28 U.S.C. § 1915. ECF No. 2.

Plaintiff's IFP application does not make the showing required by 28 U.S.C. § 1915(a)(1). In her application, plaintiff fails to disclose whether she is employed and if so, her "gross pay or wages," and "take-home pay or wages." ECF No. 2 at 1 ¶ 2. Because of the above omissions, plaintiff's application fails to establish that she is entitled to prosecute this case without paying the required fees.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's request to proceed IFP (ECF No. 2) is DENIED without prejudice to its renewal with all entries on the form completed.

1

2. Plaintiff is granted 30 days from the date of this order to renew the IFP application in proper form, or to pay the filing fee. Plaintiff is cautioned that failure to timely renew the IFP in proper form, or to pay the filing fee, may result in a recommendation that this action be dismissed.

DATED: October 10, 2018

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE