UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONICA STAAR,<br><br>    Plaintiff,<br><br>    v.<br><br>GOODWILL INDUSTRIES OF SACRAMENTO VALLEY & NORTHERN NEVADA, INC.,<br><br>    Defendant. | No. 2:18-cv-02077 JAM AC PS<br><br><br><br>ORDER |

On October 10, 2018, this court dismissed plaintiff's complaint with leave to amend within 30 days. ECF 3. That deadline has now passed, and plaintiff has not filed the anticipated amended complaint. Good cause appearing, IT IS HEREBY ORDERED that plaintiff shall show cause, in writing, within 14 days, why her failure to file an amended complaint should not result in a recommendation that this case be dismissed for failure to prosecute. The filing of an amended complaint within this timeframe will serve as cause and will discharge this order. If plaintiff fails to respond, the court will recommend dismissal of her case pursuant to Local Civil Rule 110.

DATED: November 14, 2018

_/s/ Allison Claire_
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE