UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONICA STAAR,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>GOODWILL INDUSTRIES OF SACRAMENTO VALLEY & NORTHERN NEVADA, INC.,<br><br>　　　　Defendant. | No. 2:18-cv-02077 JAM AC PS<br><br><br><br>ORDER |

On October 10, 2018, this court denied plaintiff's in forma pauperis ("IFP") application with leave to renew the IFP application in proper form within 30 days. ECF 3. That deadline has now passed, and plaintiff has not filed the anticipated renewed IFP application in proper form, or pay the filing fee. Good cause appearing, IT IS HEREBY ORDERED that plaintiff shall show cause, in writing, within 14 days, why her failure to renew her IFP application should not result in a recommendation that this case be dismissed for failure to prosecute. The filing of a renewed IFP application in proper form, or payment of the filing fee, within this timeframe will serve as cause and will discharge this order. If plaintiff fails to respond, the court will recommend dismissal of his case pursuant to Local Civil Rule 110.

DATED: November 15, 2018

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　ALLISON CLAIRE
　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE